## Case No. 17,574.

### In re WHITING.

[1 Wkly. Notes Cas. 30.]

District Court, E. D. Pennsylvania. Oct. 14, 1874.

SUIT AGAINST BANKRUPT — DELAY IN OBTAINING DISCHARGE.

[Leave granted creditors to sue the bankrupt owing to his unreasonable delay in seeking to obtain a discharge.]

Application of certain creditors (heretofore filed) for leave to sue bankrupt in state court, the bankrupt having unreasonably delayed his endeavor to obtain his discharge. Personal notice of such application had been given the bankrupt.

Mr. Huey. for creditors.

THE COURT ordered that the creditors of the bankrupt have leave to institute and prosecute, respectively. suits against him in like manner as if bankruptcy proceedings had not been instituted, provided, however, that no execution be levied of any property, estate, or effects which were his at the commencement of the proceedings in bankruptcy.